```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 03821
    SONIA ROUSARY
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-3500

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 04/07/2006 and was confirmed 06/14/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was converted to chapter 7 after confirmation 11/10/2007.
------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID         PAID
------------------------------------------------------------------------
LONG BEACH MORTGAGE CO   CURRENT MORTG       .00            .00          .00
LONG BEACH MORTGAGE CO   MORTGAGE ARRE       .00            .00          .00
DEUTSCHE BK NATL TRUST   CURRENT MORTG       .00            .00          .00
DEUTSCHE BK NATL TRUST   MORTGAGE ARRE   1588.55            .00          .00
CITY OF BERWYN           SECURED          294.44            .00       294.44
AMERICREDIT FINANCIAL SV SECURED NOT I NOT FILED            .00          .00
COOK COUNTY TREASURER    SECURED         3182.76            .00      2700.00
COOK COUNTY TREASURER    PRIORITY      NOT FILED            .00          .00
CITY OF CHICAGO DEPT OF  PRIORITY      NOT FILED            .00          .00
MACNEAL HOSPITAL         UNSECURED        426.52            .00          .00
ADT SECURITY SYSTEMS     UNSECURED     NOT FILED            .00          .00
UNIVERSITY OF CHIC PHYSI UNSECURED     NOT FILED            .00          .00
MEDICAL CENTER OF LA AT  UNSECURED     NOT FILED            .00          .00
NICOR GAS                UNSECURED        943.62            .00          .00
ALEXANDRA VERA           NOTICE ONLY   NOT FILED            .00          .00
ROUNDUP FUNDING LLC      UNSECURED       2144.88            .00          .00
MARTIN J OHEARN          DEBTOR ATTY    2,000.00                     1,947.19
TOM VAUGHN               TRUSTEE                                       278.37
DEBTOR REFUND            REFUND                                        290.00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE              5,510.00

PRIORITY                                     .00
SECURED                                 2,994.44
UNSECURED                                    .00
ADMINISTRATIVE                          1,947.19
TRUSTEE COMPENSATION                      278.37
DEBTOR REFUND                             290.00

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 03821 SONIA ROUSARY
```

```
                                    ---------------    ---------------
TOTALS                                      5,510.00          5,510.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 02/27/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```